UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PAUL SAVA, JR.,

                Plaintiff,            04 CV 05855 (KMK)

-against-                                  JUDGMENT

JOSEPH C. ORNELAS,
                Defendant.
------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on November 21, 2008, having handed down an Order (Docket #25), dismissing plaintiffs case for failure to prosecute, it is,

       **ORDERED, ADJUDGED AND DECREED**: that plaintiff has been afforded a fair opportunity to be heard and has made a knowing decision to abandon his claims, therefore plaintiff's case is dismissed for failure to prosecute, and the case is hereby closed.

Dated: White Plains, N.Y.
November 24, 2008

_J. Michael McMahon_
**J. Michael McMahon - Clerk of the Court**